# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION, a New Jersey corporation, <br><br> Plaintiff, <br><br> vs. <br><br> NORTHWESTERN CORPORATION dba NORTHWESTERN ENERGY, a Delaware corporation, <br><br> Defendant/Third-Party Plaintiff <br><br> vs. <br><br> CITY OF BILLINGS, and GENERAL ELECTRIC INTERNATIONAL, INC., <br><br> Third-Party Defendants. | CV-16-05-BLG-BMM <br><br><br> **O**RDER |

The Court conducted a hearing on October 19, 2016, on the motions to dismiss filed by Third-Party Defendant General Electric International, Inc., and Third-Party Defendant City of Billings. For the reasons stated in open court,

IT IS ORDERED:

1. Third-Party Defendant General Electric International, Inc.'s Motion to Dismiss First Amended Third-Party Complaint (Doc. 45) is DENIED.

2. Third-Party Defendant City of Billings's Motion to Dismiss First

Amended Third-Party Complaint (Doc. 49) is DENIED.

The parties remain free to file any appropriate motions for summary judgment once the record has been developed.

DATED this 20th day of October, 2016.

Brian Morris
United States District Court Judge