IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION, a New Jersey corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION dba NORTHWESTERN ENERGY, a Delaware corporation,<br><br>Defendant.<br><br>NORTHWESTERN CORPORATION dba NORTHWESTERN ENERGY, a Delaware corporation,<br><br>Third-Party Plaintiff,<br>vs.<br><br>CITY OF BILLINGS and GE ENERGY MANAGEMENT SERVICES, INC.,<br><br>Third-Party Defendants | CV-16-5-BLG-BMM<br><br>**ORDER** |

Third-Party Defendant has moved for admission of Valerie Garcia (Ms. Garcia), (Doc. 87), to practice before this Court in this case with Brian L. Taylor of Hall & Evans LLC to act as local counsel. Ms. Garcia's application appears to be

-1-

in compliance with L.R. 83.1(d).

**IT IS HEREBY ORDERED:**

Third Party Defendant's motion to allow Ms. Garcia to appear on its behalf (Doc. 87) is **GRANTED** on the following conditions:

1. Local counsel, Mr. Taylor, will be designated as lead counsel or as co-lead counsel with Ms. Garcia. Ms. Garcia must do her own work. She must do her own writing, sign her own pleadings, motions, briefs and other documents served or filed by her, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court. Local counsel, Mr. Taylor, shall also sign such pleadings, motions and briefs and other documents served or filed.

2. Admission is not granted until Ms. Garcia, within fifteen (15) days from the date of this Order has filed an acknowledgment and acceptance of his admission under the terms set forth above.

3. Admission is personal to Ms. Garcia.

DATED this 1st day of November, 2016.

*/s/ Brian Morris*
Brian Morris
United States District Court Judge