IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION, a New Jersey corporation,<br><br>Plaintiff,<br><br>v.<br><br>NORTHWESTERN CORPORATION dba NORTHWESTERN ENERGY, a Delaware corporation,<br><br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>CITY OF BILLINGS and GENERAL ELECTRIC INTERNATIONAL, INC.,<br><br>Third-Party Defendants. | Case No. 16-cv-00005-BMM<br><br>ORDER |

Third-Party Defendant, General Electric International, Inc. ("GEII"), has moved for admission of Ellen Herzog ("Ms. Herzog"), (Doc. 106), to practice before this Court in the case with Thomas A. Marra of Marra, Evenson & Bell, P.C., to act as local counsel. Ms. Herzog's application appears to be in compliance with L.R. 83.1(d).

**IT IS HEREBY ORDERED:**

Third-Party Defendant GEII's motion to allow Ms. Herzog to appear on its behalf (Doc. 106) is **GRANTED** on the following conditions:

1. Local counsel, Mr. Marra, will be designated as lead counsel or as co-lead counsel with Ms. Herzog. Ms. Herzog must do her own work. She must do her own writing, sign her own pleadings, motions, briefs and other documents served or filed by her, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court. Local counsel, Mr. Marra, shall also sign such pleadings, motions and briefs and other documents served or filed.

2. Admission is not granted until Ms. Herzog, within fifteen (15) days from the date of this Order has filed an acknowledgment and acceptance of her admission under the terms set forth above.

3. Admission is personal to Ms. Herzog.

DATED this 7th day of March, 2017.

_____
Brian Morris
United States District Court Judge