IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION, a New Jersey corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION dba NORTHWESTERN ENERGY, a Delaware corporation,<br><br>Defendant.<br><br>NORTHWESTERN CORPORATION dba NORTHWESTERN ENERGY, a Delaware corporation,<br><br>Third-Party Plaintiff,<br>vs.<br><br>CITY OF BILLINGS and GE ENERGY MANAGEMENT SERVICES, INC.,<br><br>Third-Party Defendants | CV-16-05-BLG-BMM<br><br>**ORDER** |

Plaintiff has moved for admission of David Wynne (Mr. Wynne), (Doc. 117), to practice before this Court in this case with Triel D. Culver of Edwards, Frickle & Culver to act as local counsel. Mr. Wynne's application appears to be in

compliance with L.R. 83.1(d).

**IT IS HEREBY ORDERED:**

Plaintiff's motion to allow Mr. Wynne to appear on it's behalf (Doc. 117) is **GRANTED** on the following conditions:

1. Local counsel, Mr. Culver, will be designated as lead counsel or as co-lead counsel with Mr. Wynne. Mr. Wynne must do his own work. He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court. Local counsel, Mr. Culver, shall also sign such pleadings, motions and briefs and other documents served or filed.

2. Admission is not granted until Mr. Wynne, within fifteen (15) days from the date of this Order has filed an acknowledgment and acceptance of his admission under the terms set forth above.

3. Admission is personal to Mr. Wynne.

DATED this 22nd day of June, 2017.

Brian Morris
United States District Court Judge