UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

EXXON MOBIL CORPORATION,

        Plaintiff,

vs.                                          16-cv-00005-BLG-BMM

NORTHWESTERN CORPORATION       **ORDER**
d/b/a NORTHWESTERN ENERGY,

 Defendant/Third-Party Plaintiff,

vs.

CITY OF BILLINGS

and

GENERAL ELECTRIC
INTERNATIONAL, INC.

      Third-Party Defendants.

    Defendant/Third-Party Plaintiff NorthWestern Corporation d/b/a NorthWestern Energy ("NorthWestern Energy" or "NWE") filed its Unopposed Motion for Leave to File Under Seal Exhibits C, G, H, and K to its Brief in Opposition to Plaintiff Exxon Mobil Corporation's ("Exxon") Motion to Compel NWE's Production of Documents. Exxon did not oppose the Motion.

For these reasons contained in NWE's unopposed motion, IT IS HEREBY ORDERED, that Exhibits C, G, H, and K to NWE's Brief in Opposition to Plaintiff Exxon Mobil Corporation's ("Exxon") Motion to Compel NWE's Production of Documents be sealed.

DATED this 25th day of July, 2017.

_____
Brian Morris
United States District Court Judge