UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

EXXON MOBIL CORPORATION,

    Plaintiff,

vs.          Case No. 1:16-cv-00005-BLG-BMM

NORTHWESTERN CORPORATION    **ORDER**
d/b/a NORTHWESTERN ENERGY,

 Defendant/Third-Party Plaintiff,

vs.

CITY OF BILLINGS

and

GENERAL ELECTRIC
INTERNATIONAL, INC.

    Third-Party Defendants.

Defendant/Third-Party Plaintiff NorthWestern Corporation d/b/a NorthWestern Energy ("NorthWestern Energy" or "NWE") filed its Unopposed Motion for Leave to File Under Seal Exhibits B, E, F, G, H, J, and K to its Suggestions in Support of NWE's Motion to Compel ExxonMobil's Production of Documents. Exxon did not oppose the Motion.

For these reasons contained in NWE's unopposed motion, IT IS HEREBY ORDERED, that exhibits B, E, F, G, H, J, and K to NWE's Suggestions in Support of its Motion to Compel ExxonMobil's Production of Documents be sealed.

DATED this 16th day of August, 2017

_____
Brian Morris
United States District Court Judge