# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION, a New Jersey corporation,<br>    Plaintiff,<br>vs.<br>NORTHWESTERN CORPORATION dba NORTHWESTERN ENERGY, a Delaware corporation,<br>    Defendant. | **CV-16-05-BLG-BMM** |
| NORTHWESTERN CORPORATION dba NORTHWESTERN ENERGY, a Delaware corporation,<br>    Third-Party Plaintiff,<br>vs.<br>CITY OF BILLINGS and GE ENERGY MANAGEMENT SERVICES, INC.,<br>    Third-Party Defendants. | |

## ORDER

Third-Party Defendant the City of Billings filed its Unopposed Motion for Leave to File Under Seal: Motion in Limine Regarding the Covenant not to Execute and Indemnity Agreement, Brief in Support, and Affidavit of Brian L. Taylor. The parties did oppose filing these three documents under seal.

For the reasons contained in the City's unopposed motion, IT IS HEREBY ORDERED, Motion in Limine Regarding the Covenant not to Execute and

Indemnity Agreement, Brief in Support, and Affidavit of Brian L. Taylor be sealed.

DATED this 31st day of October, 2017.

Brian Morris
United States District Court Judge