UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

EXXON MOBIL CORPORATION,

    Plaintiff,

vs.                        Case No. 1:16-cv-00005-BLG-BMM

NORTHWESTERN CORPORATION          **ORDER**
d/b/a NORTHWESTERN ENERGY,

  Defendant/Third-Party Plaintiff,

vs.

CITY OF BILLINGS

and

GENERAL ELECTRIC
INTERNATIONAL, INC.

      Third-Party Defendants.

Defendant/Third-Party Plaintiff NorthWestern Corporation d/b/a NorthWestern Energy ("NorthWestern Energy" or "NWE") filed its Unopposed Motion for Leave to File Under Seal certain documents previously filed in support of its Motion for Partial Summary Judgment regarding Plaintiff's Consequential Damages Claim (specifically Docket 156-1, 156-2, 156-11, 156-15, 156-17 and 156-24. Exxon did not oppose the Motion.

For these reasons contained in NWE's unopposed motion, IT IS HEREBY ORDERED, that certain documents previously filed in support of its Motion for Partial Summary Judgment regarding Plaintiff's Consequential Damages Claim (Docket 156-1, 156-2, 156-11, 156-15, 156-17 and 156-24) be sealed.

DATED this 2ndday of November, 2017.

_____
Brian Morris
United States District Court Judge