UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

EXXON MOBIL CORPORATION,

           Plaintiff,

                      Case No. 1:16-cv-00005-BLG-BMM

vs.

NORTHWESTERN CORPORATION     **ORDER**
d/b/a NORTHWESTERN ENERGY,

 Defendant/Third-Party Plaintiff,

vs.

CITY OF BILLINGS

and

GENERAL ELECTRIC
INTERNATIONAL, INC.

      Third-Party Defendants.

      Defendant/Third-Party Plaintiff NorthWestern Corporation d/b/a NorthWestern Energy ("NWE") filed its Unopposed Motion for Leave to File under seal its Brief in Support of its Motion for Partial Summary Judgment Dismissing Plaintiff's 2014 Outage Damages Claim on Grounds of Force Majeure, the Statement of Uncontested Facts in Support, and Exhibits C, F, I, M, R, S and T referred to in the Declaration of Thomas H. Davis and the Statement of

Uncontested Facts. The other parties have been consulted and do not oppose the Motion.

For the reasons contained in NWE's unopposed Motion, IT IS HEREBY ORDERED, that NWE's Brief in Support of Motion for Partial Summary Judgment Dismissing Plaintiff's 2014 Outage Damages Claim on Grounds of Force Majeure, its Statement of Uncontested Facts in Support, and Exhibits C, F, I, M, R, S and T referred to in the Declaration of Thomas H. Davis and the Statement of Uncontested Facts be sealed.

DATED this __13th__ day of November, 2017.

_____
Brian Morris
United States District Court Judge