UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

EXXON MOBIL CORPORATION,

    Plaintiff,

vs.                                         Case No. 1:16-cv-00005-BMM-JTJ

NORTHWESTERN CORPORATION          **ORDER**
d/b/a NORTHWESTERN ENERGY,

 Defendant/Third-Party Plaintiff,

vs.

CITY OF BILLINGS

and

GENERAL ELECTRIC
INTERNATIONAL, INC.

      Third-Party Defendants.

    Defendant/Third-Party Plaintiff NorthWestern Corporation d/b/a NorthWestern Energy ("NWE") filed its Unopposed Motion for Leave to File under seal its Brief in Opposition to City of Billings' Motion for Partial Summary Judgment Regarding NorthWestern's Breach of Tariff Claim, its Statement of Disputed Facts in Opposition to City of Billings' Motion for Partial Summary Judgment Regarding NorthWestern's Breach of Tariff Claim, and Exhibits B, F, and N referred to in the Declaration of Thomas H. Davis and the Statement of

Disputed Facts. The other parties have been consulted and do not oppose the Motion.

For the reasons contained in NWE's unopposed Motion, IT IS HEREBY ORDERED, that NWE's Brief in Opposition to City of Billings' Motion for Partial Summary Judgment Regarding NorthWestern's Breach of Tariff Claim, its Statement of Disputed Facts in Opposition to City of Billings' Motion for Partial Summary Judgment Regarding NorthWestern's Breach of Tariff Claim, and Exhibits B, F, and N referred to in the Declaration of Thomas H. Davis and the Statement of Disputed Facts be sealed.

DATED this 13th day of November, 2017.

/s/ Brian Morris
Brian Morris
United States District Court Judge