UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

EXXON MOBIL CORPORATION,

Plaintiff,

vs.

NORTHWESTERN CORPORATION
dba NORTHWESTERN ENERGY,

Defendant/Third-Party Plaintiff,

vs.

CITY OF BILLINGS

and

GENERAL ELECTRIC
INTERNATIONAL, INC.

Third-Party Defendants.

Case No. 1:16-cv-00005-BMM-JTJ

**ORDER OF DISMISSAL
WITH PREJUDICE**

    THIS MATTER, having come before the Court on the Stipulation for Dismissal with Prejudice filed by all parties, and the Court being fully advised in the premises;

    IT IS HEREBY ORDERED that all the claims and third-party claims in this action be dismissed with prejudice, each party to pay their own costs and fees.

    IT IS SO ORDERED this 21st day of December.

_____
Brian Morris
United States District Court Judge